

**U. S. Department of Justice**

*Michael F. Easley, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*U.S. Attorney's Office*  *Telephone (919) 856-4530*
*150 Fayetteville Street*  *Criminal FAX (919) 856-4487*
*Suite 2100*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

DATE: October 1, 2024

TO: PETER A. MOORE
Clerk of Court
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: MICHAEL F. EASLEY, JR.
United States Attorney

ATTN OF: Kelly L. Sandling  KLS
Assistant United States Attorney

SUBJECT:
United States v. Vidaul Rashaad Reed, No. 5:24-CR-289-1
United States v. Anthony Edward Cheever, No. 5:24-CR-289-2
United States v. David William Stephens, No. 5:24-CR-289-3
United States v. Martinus Jermaine Starks, No. 5:24-CR-289-4
United States v. Tyler Scott Grissom, No. 5:24-CR-289-5
United States v. Christopher Dylan Manor, No. 5:24-CR-289-6
United States v. Robert Scott Brown, No. 5:24-CR-289-7
United States v. Fred Joseph Prosperi, No. 5:24-CR-289-8
United States v. Jason Lee Hathaway, No. 5:24-CR-289-9
United States v. William Scott Gardner, No. 5:24-CR-289-10
United States v. Terry Lewis Akins, Jr., No. 5:24-CR-289-11
United States v. J.R. Nevarez Darr, No. 5:24-CR-289-12
United States v. Darrell Dewayne Strickland Jr., No. 5:24-CR-289-13
United States v. William Franklin Beasley, No. 5:24CR289-14
United States v. David Lee Woodall, No. 5:24CR289-15
United States v. Jonathan Michael Robarge No. 5:24CR289-16

**Western Division**

Please issue a warrant for the arrest of the above-named defendant and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office and the U.S. Pretrial Services Office.

Detention is recommended, and the warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service    US Probation Office