# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

WILLIAM SCOTT GARDNER
a/k/a "Big Will"

**SEALED**
**WARRANT FOR ARREST**

CRIMINAL CASE: 5:24-CR-289-M-KS-10

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**WILLIAM SCOTT GARDNER** and he/she shall be brought before the nearest Magistrate/Judge to answer an

**X** SEALED Indictment \_\_\_\_Superseding Indictment \_\_\_\_\_Criminal Information\_\_\_\_Complaint

\_\_\_ Order of Court: \_\_\_ Violation Notice\_\_\_Probation Violation Petition charging him/her with:

Count 6 - 18 U.S.C. §§ 1959(a)(5) and 2: Attempted murder in aid of racketeering; and aiding and abetting
Count 7 - 18 U.S.C. §§ 1959(a)(3) and 2: Assault with a deadly weapon with intent to kill in aid of racketeering; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

OCTOBER 3, 2024 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at 1348 Hollard Rd. Autryville, NC | | |
| DATE RECEIVED 10/4/24 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
| DATE OF ARREST 10/9/24 | *(signature)* Special Agent | |

FILED

OCT 09 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK