IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-cr-289-M-KS-14

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>WILLIAM FRANKLIN BEASLEY,<br><br>                    Defendant. | **DEFENDANT BEASLEY'S<br>MOTION TO SEVER** |

Pursuant to Rule 8 and 14, Defendant Beasley respectfully requests that the Court sever his case from his Co-Defendants for the following reasons. <u>First</u>, Mr. Beasley's case should be severed in its entirety because continued joinder is unduly prejudicial to his right to a speedy trial. <u>Second</u>, Mr. Beasley should be severed from the Defendants specifically named in Counts One, Two, Three, and Eight because (a) these Defendants were improperly joined, and (b) because continued joinder would result in undue prejudiced to his right to a fair trial. Accordingly, Mr. Beasley should be allowed to individually and immediately proceed to trial on Counts Six and Seven—the lone charges he faces.

This the 16th day of December, 2024.

/s/ Michael A. Goldsticker
Michael A. Goldsticker
NC State Bar No. 57617
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
P.O. Box 389 (Raleigh, NC 27602-0389)
Raleigh, North Carolina 27601
Phone: (919) 828-0564 | Fax: (919) 834-4564
Email: michaelgoldsticker@parkerpoe.com

*CJA Appointed Counsel for Defendant*
*William Franklin Beasley*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of the same addressed to the following counsel of record:

    Kelly L. Sandling
    Robert J. Dodson
    United States Attorney's Office - EDNC
    150 Fayetteville Street, Suite 2100
    Raleigh, NC 27601
    Email:    kelly.sandling@usdoj.gov
               robert.dodson@usdoj.gov

    Alyssa Levey-Weinstein
    DOJ-Crm
    1301 New York Ave NW, Ste 700
    Washington, DC 20005
    Email:    alyssa.levey-weinstein@usdoj.gov

This the 16th day of December, 2024.

                                    /s/ Michael A. Goldsticker
                                    Michael A. Goldsticker
                                    NC State Bar No. 57617
                                    PARKER POE ADAMS & BERNSTEIN LLP
                                    301 Fayetteville Street, Suite 1400
                                    P.O. Box 389 (Raleigh, NC 27602-0389)
                                    Raleigh, North Carolina 27601
                                    Phone: (919) 828-0564
                                    Email: michaelgoldsticker@parkerpoe.com

                                    *CJA Appointed Counsel for Defendant*
                                    *William Franklin Beasley*