IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00289-M-16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JONATHAN ROBARGE, | ) | |
| | ) | |
| Defendant. | ) | |

These matters come before the court on a motion for leave to withdraw as counsel filed by Kelly Margolis Dagger [DE 372] and Defendant's unopposed motion to continue arraignment and extend deadline for pretrial motions [DE 378]. For good cause shown, the motions are GRANTED as follows. Ms. Dagger's representation of the Defendant in this action is terminated; Defendant will continue to be represented by Alvin Hudson, who entered his appearance on June 18, 2025.

In addition, Defendant shall be allowed until August 19, 2025, to file pretrial motions, and the Government shall file any responses to pretrial motions by September 2, 2025. Defendant's arraignment is continued until the September 23, 2025 term of court. The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 25th day of June, 2025.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE