IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

NO. 5:24-CR-000289-M-15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **MOTION TO SEQUESTER** |
| | ) | **WINESSES AND** |
| | ) | **INCORPORATED MEMORANDUM** |
| DAVID LEE WOODALL, | ) | **OF LAW** |

Now comes the Defendant, David Lee Woodall, through undersigned counsel, and pursuant to Rule 615 of the Federal Rules of Evidence moves this Court for an order (1) sequestering all witnesses the Government intends to call during trial, and (2) prohibiting the Government's witnesses from discussing their testimony with other persons who will be called as witnesses at trial.

Rule 615 of the Federal Rules of Evidence provides:

At the request of a party, the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses, and it may make the order of its own motion. This rule does not authorize exclusion of (1) a party who is a natural person, or (2) an officer or employee of a party which is not a natural person designated as its representative by its attorney, or (3) a person whose presence is shown by a party to be essential to the presentation of the party's cause.

Rule 615 provides for the exclusion of witnesses as a matter of right; once a request is made, the court "shall" sequester the witnesses. See United States v. Farnham, 791 F.2d 331, 334-35 (4th Cir. 1986). Rule 615 is designed to aid the truthseeking process by denying the opportunity

for witnesses to collude or for one witness Case 5:24-cr-00289-M-KS Document 354 Filed 05/12/25 Page 1 of 3 2 to tailor his testimony to the testimony of another. Id. A sequestration order under Rule 615 not only excludes the witnesses from the courtroom but may also include a prohibition against the discussion of trial testimony with witnesses outside of the courtroom. See, e.g. United States v. Greshner, 802 F.2d 373, 376 (10th Cir. 1986).

It is well settled that the Government may exempt its investigating agent from the sequestration order pursuant to Rule 615(2). United States v. Parodi, 703 F.2d 768, 773 (4th Cir. 1983). However, authority exists for limiting the Government to designating only one such agent. Farnham, 791 F.2d at 335.

"Sequestration requires that witnesses not discuss the case among themselves or anyone else, other than the counsel for the parties." United States v. Rhynes, 218 F.3d 310, 317 (4th Cir. 2010) (en banc) (citations omitted). The Defendant requests that the sequestration order in this case prevent witnesses from discussing their trial testimony with each other.

CONCLUSION

For the reasons stated herein, the Defendant respectfully requests that this Motion for Sequestration of Government Witnesses be granted, and that the Court enter an order requiring the sequestration of all Government witnesses.

Respectfully submitted this the 13th day of August 2025.

<u>/s/ William F, Finn, Jr.</u>
WILLIAM F. FINN, JR.
Appointed Attorney for Defendant
Sandman, Finn & Fitzhugh, PLLC
7101 Creedmoor Road, Suite 122
Raleigh, North Carolina 27613
Telephone: 919-845-6688
Facsimile: 919-845-6639
Email: bill@ccdattorneys.com
N.C. State Bar NO. 2671

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on the date shown below the foregoing was served with the Clerk of Court through the electronic filing system which will send notification to all registered participants and Assistant United States Attorney Casey Peaden, Assistant United States Attorney Alyssa Levey-Weinstein and Assistant United States Attorney Charity Wilson.

Respectfully submitted this the 13th day of August, 2025.

Casey Peaden
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Casey.peaden@usdoj.gov
Telephone: 919-856-4054
Facsimile: 919-856-4487

Alyssa Levey-Weinstein
Assistant United States Attorney
DOJ Crm
1301 New York Avenue NW, Ste 700
Washington, DC 20005
Alyssa.levey-weinstein@usdoj.gov
Telephone: 973-954-8256

Charity Wilson
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Charity.Wilson@usdoj.gov
Telephone: 919-856-4054
Facsimile: 919-856-4487

/s/ William F, Finn, Jr.
WILLIAM F. FINN, JR.
Appointed Attorney for Defendant
Sandman, Finn & Fitzhugh, PLLC
7101 Creedmoor Road, Suite 122
Raleigh, North Carolina 27613
Telephone: 919-845-6688
Facsimile: 919-845-6639
bill@ccdattorneys.com
N.C. State Bar NO. 26715