IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00289-M

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VIDAUL RASHAAD REED, et al.,

       Defendants.

ORDER

This matter comes before the court on a motion to withdraw filed by Assistant U.S. Attorney, Supriya Prasad [DE 451]. For good cause shown, the motion is GRANTED. Ms. Prasad's representation of the United States in this case is terminated. The government will continue to be represented in this case by counsel of record.

SO ORDERED this ____8th____ day of October, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE