UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-289-16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| JONATHAN MICHAEL ROBARGE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave

of the Court endorsed hereon, the United States Attorney for the Eastern District of

North Carolina hereby dismisses, without prejudice, the Indictment in this case

against Jonathan Michael Robarge only.

Respectfully submitted this 23rd day of February, 2026.

W. ELLIS BOYLE
United States Attorney

BY:  /s/ Casey L. Peaden
CASEY L. PEADEN
CHARITY L. WILSON
Assistant United States Attorneys
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4008
Email: casey.peaden@usdoj.gov
N.C. Bar No. 52336

Leave of Court is granted for the filing of the foregoing dismissal, and the arraignment
scheduled on February 24, 2026 is VACATED.

Date: 2/23/2026

RICHARD E. MYERS II
Chief United States District Judge