IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-cr-00289-M-KS

UNITED STATES OF AMERICA,

Plaintiff,

v.

VIDAUL RASHAAD REED, et al.,

Defendants.

ORDER

This matter comes before the court on the United States' unopposed Motion for Extension of Time [DE 559]. The government seeks thirty days from the court's order for briefing on the severance issue, in which to file an omnibus response to the pending motions. For good cause shown, the motion is GRANTED.

On or before April 3, 2026, the United States shall file a response to the pending motions to sever. Defendants may file replies in support of their motions within fourteen days after the response is served.

SO ORDERED this __12th__ day of March, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE